FRANZ U. BURKETT, ATTORNEY-GENERAL,

BY INFORMATION, PETITIONER FOR MANDAMUS,

SHERWOOD ALDRICH, RELATOR

*vs.*

FREDERICK ROBIE, SECRETARY OF STATE.

BY INFORMATION, PETITIONER FOR MANDAMUS,

FRANK O. DUNTON, RELATOR

*vs.*

FREDERICK ROBIE, SECRETARY OF STATE.

Penobscot County. Decided August 21, 1940. Exceptions to ruling below quashing alternative writ and denying peremptory

writ in mandamus proceedings brought to compel the Secretary of State of Maine to certify the nomination of the relator in the primary election of June 17, 1940, as candidate of the Republican party for county attorney of the County of Sagadahoc, and for other incidental relief. For the reasons stated in *Burkett, Attorney-General (Leach Relator)* v. *Robie*, the exceptions must be overruled. Exceptions overruled. *Frank O. Dunton, Ellis L. Aldrich*, for relator. *John P. Carey, Ralph O. Dale*, for defendant.